

June 18, 2018

**VIA ELECTRONIC FILING**

Hon. Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:   Tennyson v. City of Syracuse, et al.
      Civil Action No.: 5:16-CV-0929

Dear Judge Baxter:

This will report on the status of discovery per the Court's directive following the May 23, 2018 conference.

Following that conference the parties agreed upon a Confidentiality Order pertaining to materials that are currently under seal. That Order was submitted to the Court and So-Ordered. Defendants will proceed to make a motion to unseal the documents by July 12, 2018 as directed in that Order. Defendant's supplementary document discovery is on hold pending our receipt of these materials.

Very truly yours,

MACKENZIE HUGHES LLP

Lorraine Rann Mertell

LRM/mad

LORRAINE RANN MERTELL
ATTORNEY AT LAW
DIRECT DIAL: (315) 233-8282
EMAIL: LMERTELL@MACKENZIEHUGHES.COM

MACKENZIE HUGHES TOWER
440 S. WARREN ST., SUITE 400
SYRACUSE, NY 13202

PHONE: (315) 474-7571
FAX: (315) 474-6409

WWW.MACKENZIEHUGHES.COM

{M0541660.1 }