*Plain talk. Exceptional expertise.*

MACKENZIE HUGHES LLP

August 17, 2018



**VIA ELECTRONIC FILING**

Hon. Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:     Tennyson v. City of Syracuse, et al.
        Civil Action No.: 5:16-CV-0929

Dear Judge Baxter:

This will report on the status of discovery as directed in the Court's June 19, 2018 Text
Order.

On July 11, 2018, our office filed a motion in Onondaga County Court to unseal the
Syracuse Police Department reports concerning the matter at issue, said reports to be
redacted where necessary to protect personal identification information as required by New
York CPL 160.50.  Plaintiff thereafter indicated no objection and joined in the
motion.   The motion was granted by Decision/Order dated July 23, 2018.  The
Decision/Order was thereafter delivered to the Syracuse Police Department.

The Decision/Order directs that the redactions will be performed by Attorney Long.  Due to
the volume of the records involved, and to ensure accuracy in redacting all the personal
identification information for six individuals, the redactions will be performed with the
documents in electronic format, which required the reports to be downloaded to a flash
drive.  This operation is time consuming as each document must be individually
downloaded.  The Syracuse Police Department has completed this phase of the task and
delivered the flash drive.  We anticipate that the redactions will be completed by the end of
August.

LORRAINE RANN MERTELL
ATTORNEY AT LAW
DIRECT DIAL: (315) 233-8282
EMAIL: LMERTELL@MACKENZIEHUGHES.COM

MACKENZIE HUGHES TOWER
440 S. WARREN ST., SUITE 400
SYRACUSE, NY 13202

PHONE: (315) 474-7571
FAX: (315) 474-6409

WWW.MACKENZIEHUGHES.COM

{M0558371.1 }

*Plain talk. Exceptional expertise.*

MACKENZIE HUGHES LLP

Hon. Andrew T. Baxter
August 17, 2018
Page 2



When we receive the redacted reports, we will be in position to complete defendants'
supplementary document disclosure to the plaintiff.

Very truly yours,

MACKENZIE HUGHES LLP

Lorraine Rann Mertell

LRM/mad

cc:     All Counsel of Record (*Via Electronic Filing)*

{M0558371.1 }